UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK ANTOS, JR.,

    Plaintiff,

v.                                                                  Case No: 2:15-cv-618-FtM-38MRM

MARILYN YOUNGBERG and
ROBERT YOUNGBERG,

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Frank Antos, Jr.'s Motion to Strike Insufficient Affirmative Defenses (Doc. #6) filed on October 19, 2015. The Court denies without prejudice Plaintiff's motion because it fails to comply with Middle District of Florida Local Rule 3.01(g). This rule provides that:

> [b]efore filing any motion in a civil case, … the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agreed on the resolution of the motion."

M.D. Fla. 3.01(g). Local Rule 3.01(g) is designed to foster communication between the parties and help resolve certain disputes without court intervention. See *Desai v. Tire Kingdom, Inc.*, 944 F. Supp. 876, 878 (M.D. Fla. 1996). The importance of Local Rule 3.01(g) in helping avoid needless litigation cannot be overstated. See *Esrick v. Mitchell,*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

No. 5:08-cv-50, 2008 WL 5111246, at *1 (M.D. Fla. Dec. 3, 2008) (stating a violation of "Local Rule 3.01(g) constitutes sufficient grounds to deny the relief sought by the noncompliant moving party").  Since Plaintiff did not include a Local Rule 3.01(g) certification in the Motion to Strike Insufficient Affirmative Defenses (Doc. #6), the Court denies without prejudice that motion.

 Accordingly, it is now

 **ORDERED:**

Plaintiff Frank Antos, Jr.'s Motion to Strike Insufficient Affirmative Defenses (Doc. #6) is **DENIED without prejudice**.

 **DONE** and **ORDERED** in Fort Myers, Florida this 20th day of October, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record